**Luzvin Osmin De Leon DE LEON, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71287.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 12, 2003.

Suzanne B. Friedman, Esq., Law Offices of Suzanne B. Friedman, San Francisco, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Mark C. Walters, Esq., Us Department of Justice, Washington, DC, Joan E. Smiley, Esq., Carl H. McIntyre, Jr., Greg D. Mack, Esq., DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and MCKEOWN, Circuit Judges.

MEMORANDUM **

Luzvin Osmin De Leon De Leon, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals affirming pursuant to 8 C.F.R. § 3.1(a)(7), without opinion, an immigration judge's removal order and denial of his application for asylum and withholding of removal. Petitioner's contention that the BIA's streamlining regulations violate an alien's right to due process and are void for vagueness is foreclosed by *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 850–52 (9th Cir.2003) (holding that the BIA's streamlining procedure does not violate an alien's due process rights).

PETITION FOR REVIEW DENIED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

